UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | NO. 3:10-00163 |
| [1] LONNIE NEWSOME ) | |
|     a/k/a "Big Lonnie" ) | |
| ) | **UNDER SEAL** |
| [2] RICKY WILLIAMS ) | |
|     a/k/a "Big Rick" ) | |

UNITED STATES OF AMERICA )
)
v. )
) NO. 3:10-00163
[1] LONNIE NEWSOME )
    a/k/a "Big Lonnie" )
) **UNDER SEAL**
[2] RICKY WILLIAMS )
    a/k/a "Big Rick" )
)
[3] WILLIAM BARTLETT )
    a/k/a "FaceMob" )
)
[4] TIM ALLEN )
    a/k/a "Lil Tim" )
)
[5] ANTHONY BROOKS )
    a/k/a "A.B." )
)
[6] ANTHONY LAMPKINS )
    a/k/a "Doo Daddy" )
)
[7] ANTONIO WASHINGTON )
    a/k/a "T.O." )
)
[8] KERRY PETTUS )
    a/k/a "Lil Kerry" )
)
[9] JOEDON BRADLEY )
    a/k/a "Jo Jo" )
)
[10] DESHAUNE JONES )
    a/k/a "Mexico" )
)
[11] DONALD DOWELL )
    a/k/a "D-Dow" )
)
[12] ALONZO McLAURINE )
    a/k/a "Zo" )
)

[13] AARON GOOCH  )
    a/k/a "A-Ron"  )
  )
[14] JERMAINE TATE  )
    a/k/a "Maine Maine"  )
  )
[15] SHAYNE GIBSON  )
    a/k/a "Alief"  )
  )
[16] ALEXANDER McDONALD  )
    a/k/a "Dominique"  )
  )
[17] JERMAINE COWARD  )
    a/k/a "Maine Maine"  )
  )
[18] JEFFREY ALBEA  )
    a/k/a "Lil Jeff"  )
  )
[19] TOREY COHEN BOSEMAN  )
    a/k/a "Torey"  )
  )
[20] KARLOS TAYLOR  )
    a/k/a "Los"  )
  )
[21] ANTHONY CAMPBELL  )
    a/k/a "Dante"  )
  )
[22] BRANDON PRINCE  )
  )
[23] SHAWN HOWELL  )
  )
[24] JAMES HOUSE  )
    a/k/a "Bam"  )
  )
[25] RODNEY BRITTON  )
  )
[26] LONNIE GREENLEE  )

## ORDER

    This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

    The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant

or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

HONORABLE _E. Clifton Knowles_
UNITED STATES _Magistrate_ JUDGE

Dated: 6/17/10