UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:10-CR-00163(1-3, 5-8, 10- |
| v. | ) | 11, 13-14, 16-21, 22-23, 26) |
| | ) | Magistrate Judge Knowles |
| | ) | |
| LONNIE NEWSOME | ) | |
|     a/k/a "BIG LONNIE" | ) | |
| | ) | |
| RICKY WILLIAMS | ) | |
|     a/k/a "BIG RICK" | ) | |
| | ) | |
| WILLIAM BARTLETT | ) | |
|     a/k/a "FACEMOB" | ) | |
| | ) | |
| ANTHONY BROOKS | ) | |
|     a/k/a "A.B." | ) | |
| | ) | |
| ANTHONY LAMPKINS | ) | |
|     a/k/a "DOO DADDY" | ) | |
| | ) | |
| ANTONIO WASHINGTON | ) | |
|     a/k/a "T.O." | ) | |
| | ) | |
| KERRY PETTUS | ) | |
|     a/k/a "LIL KERRY" | ) | |
| | ) | |
| DESHAUNE JONES | ) | |
|     a/k/a "MEXICO" | ) | |
| | ) | |
| DONALD DOWELL | ) | |
|     a/k/a "D-DOW" | ) | |
| | ) | |
| AARON GOOCH | ) | |
|     a/k/a "A-RON" | ) | |
| | ) | |
| JERMAINE TATE | ) | |
|     a/k/a "MAINE-MAINE" | ) | |
| | ) | |

| | |
|---|---|
| ALEXANDER MCDONALD<br>    a/k/a "DOMINIQUE" | )<br>)<br>) |
| JERMAINE COWARD<br>    a/k/a "MAINE MAINE" | )<br>)<br>) |
| JEFFREY ALBEA<br>    a/k/a "LIL JEFF" | )<br>)<br>) |
| TOREY COHEN BOSEMAN<br>    a/k/a "TOREY" | )<br>)<br>) |
| KARLOS TAYLOR<br>    a/k/a "LOS" | )<br>)<br>) |
| ANTHONY CAMPBELL<br>    a/k/a "DANTE" | )<br>)<br>) |
| BRANDON PRINCE | )<br>) |
| SHAWN HOWELL | )<br>) |
| JAMES HOUSE<br>    a/k/a "BAM" | )<br>)<br>) |
| LONNIE GREENLEE | ) |

## MOTION TO PARTIALLY UNSEAL THE INDICTMENT

Comes now the United States and requests the indictment in this case be partially unsealed since defendants Lonnie Newsome, a/k/a "Big Lonnie," Ricky Williams, a/k/a "Big Rick", William Bartlett, a/k/a "FaceMob," Anthony Brooks, a/k/a "A.B.," Anthony Lampkins, a/k/a "Doo Daddy," Antonio Washington, a/k/a "T.O.," Deshaune Jones, a/k/a "Mexico," Donald Dowell, a/k/a "D-Dow," Aaron Gooch, a/k/a "A-Ron," Jermaine Tate, a/k/a "Maine Maine," Alexander McDonald, a/k/a "Dominique," Jeffrey Albea, a/k/a "Lil Jeff," Torey Cohen Boseman, a/k/a "Torey," Karlos Taylor, a/k/a "Los," Anthony Campbell, a/k/a "Dante," Brandon Prince, Shawn Howell, James House, a/k/a "Bam," and Lonnie Greenlee are currently in custody and should be provided notice of the charges against them in the indictment, and notice thereof

will not present a risk to the officers responsible for arresting the remaining defendants. The remaining defendants have not yet been arrested on these charges, and the indictment should remain under seal as to those remaining defendants.

A redacted copy is attached hereto for the court's use, and the United States requests the indictment be unsealed to the extent reflected in the attached redacted indictment.

Respectfully submitted,

JERRY E. MARTIN

United States Attorney for the
Middle District of Tennessee

\s\ Kelly D. Young
KELLY D. YOUNG
Special Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151


\s\ Cody Skipper
CODY SKIPPER
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

GRANTED:

_____
E. Clifton Knowles
U.S. Magistrate Judge