Motion GRANTED.
*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:10-00163 |
| ) | JUDGE TRAUGER |
| v. ) | |
| ) | |
| [32] KENNETH GADDIE ) | |
| A/K/A "K.G." ) | |

UNITED STATES' MOTION FOR SEVERANCE OF DEFENDANT
[32] KENNETH GADDIE a/k/a "K.G."

Comes now the United States, by and through the undersigned, and pursuant to Fed. R. Crim. P. 14(a), respectfully moves for the severance of defendant [32] Kenneth Gaddie, a/k/a K.G.

Defendant [32] Kenneth Gaddie, a/k/a K.G., is a fugitive at this time. Although the United States anticipates defendant [32] Kenneth Gaddie, a/k/a K.G., being arrested in this matter, the United States has no foreseeable time period in which this may occur.

Fed. R. Crim. P. 14(a) provides that the court may order the severance of defendants if a consolidation for trial prejudices a defendant or the government. The United States moves for severance of defendant [32] Kenneth Gaddie, a/k/a K.G., to avoid any unnecessary delay as to the proceedings in this matter.

Respectfully submitted,

LANNY A. BREUER
ASSISTANT ATTORNEY GENERAL

s/ Cody L. Skipper
CODY L. SKIPPER
Trial Attorney, DOJ Gang Unit
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
202.307.1454