Motion GRANTED.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>  v.  )<br>  )<br> [2] RICKY WILLIAMS )<br> a/k/a "Big Rick" )<br>  )<br> [9] JOEDON BRADLEY )<br> a/k/a "Jo Jo" )<br>  )<br> [12] ALONZO McLAURINE )<br> a/k/a "Zo" )<br>  )<br> [14] JERMAINE TATE )<br> a/k/a "Maine Maine" )<br>  )<br> [16] ALEXANDER McDONALD )<br> a/k/a "Dominique" )<br>  )<br> [17] JERMAINE COWWARD )<br> a/k/a "Maine Maine" )<br>  )<br> [19] TOREY COHEN BOSEMAN )<br> a/k/a "Torey" )<br>  )<br> [21] ANTHONY CAMPBELL )<br> a/k/a "Dante" ) | NO. 3:10-00163<br> Judge Trauger |

## UNITED STATES MOTION TO UNSEAL PLEA AGREEMENT AND PLEA HEARING TRANSCRIPT

COMES NOW, the United States of America, by and through the undersigned, and respectfully requests the court unseal the plea agreement and the plea hearing transcript of the above named defendants for use at trial.